UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEING CHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SHASTA, a public entity; AGENT TYLER FINCH, of the Shasta County Interagency Narcotics Task Force; DEANNE ELLIOT; and DOES 1 to 10, inclusive,<br><br>    Defendants. | No. 2:21-cv-01819-MCE-DMC<br><br>**ORDER** |

On February 1, 2023, this Court issued a Memorandum and Order dismissing the claims Plaintiff alleged against Defendants DeAnne Elliott and County of Shasta. The Court granted Plaintiff leave to amend, but advised that: "If no amended pleading [was] timely filed, the causes of action dismissed by virtue of [that] Order [would] be deemed dismissed with prejudice upon no further notice to the parties." ECF No. 34 at 3. No amended complaint has been filed. Accordingly, this action is DISMISSED with prejudice as to Defendants DeAnne Elliott and County of Shasta, and it shall only proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  March 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE