Samuel C. Williams, Bar No. 310420
samuel.crispan.williams@gmail.com
1263 California Street
Redding, CA 96001
Tel: (530) 255-8171
Fax: (530) 255-8027

Attorney for Plaintiff
Seing Chao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEING CHAO,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF SHASTA, a municipal corporation, Agent TYLER FINCH, of the Shasta County Interagency Narcotics Task Force, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | No. 2:21-cv-01819-MCE-DMC<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF SEING CHAO AND JOINT REQUEST FOR REMOTE APPEARANCE**<br><br>**DATE**:　November 7, 2024<br>**TIME**:　9:00 a.m.<br>**DEPT.**:　10 (13th floor)<br>**JUDGE**: Hon. Daniel J. Calabretta |

## ORDER

**TO PLAINTIFF AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**Good cause being shown,** the hearing on the motion for plaintiff's counsel to be relieved as counsel currently set on October 17, 2024, at 1:30 P.M., is VACATED. Pursuant to the joint request of counsel, remote appearance at this hearing is authorized. Accordingly, the hearing is RESET for November 7, 2024, at 1:30 P.M., via videoconference, before District Judge Daniel J. Calabretta.

///

///

///

Defendant shall file an opposition or statement of non-opposition to the Motion to Withdraw as Attorney of Record within seven (7) days after service of this order.

IT IS SO ORDERED.

Dated:  October 4, 2024              /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE