1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10
11
12

| | |
|---|---|
| SEING CHAO, | Case No.:  2:21-cv-01819-DJC-DMC |
|     Plaintiff, | |
|      v. | **ORDER GRANTING MOTION TO** |
| | **WITHDRAW AS COUNSEL** |
| COUNTY OF SHASTA, ET AL., | |
|     Defendants. | |

13
14
15
16
17
18
19

On August 16, 2024, Plaintiff's Attorney, Samuel Williams, filed a Motion to Withdraw as Attorney of Record.  (ECF No. 42.)  On October 10, 2024, Defendant filed a Statement of Non-Opposition re Plaintiff's Motion to Withdraw.  (ECF No. 49.)

Upon review of Plaintiff's motion, absent opposition by Defendant, the Court finds that the attorney-client relationship has broken down such that it is no longer possible for retained counsel to continue representing Plaintiff in this case. Consequently, the Court GRANTS Plaintiff's Motion to Withdraw as Attorney of Record (ECF No. 42) and VACATES the hearing on said motion set for November 7, 2024.

///

1

1    Within thirty (30) days of service of this order, Plaintiff shall retain new counsel

2    and new counsel shall file a notice of appearance in this case consistent with E.D. Cal.

3    L.R. 182(a).  Failure to do so will result in this action being referred to the assigned

4    Magistrate Judge for all further proceedings, including dispositive and non-

5    dispositive motions and matters.  *See* E.D. Cal. L.R. 302(c)(21).

6    Outgoing counsel shall serve a copy of this order on Plaintiff Seing Chao at her

7    last known address forthwith and shall thereafter file with the court a certificate of

8    service attesting to such service.  At such time as service is completed and a certificate

9    of service is filed with the court, Samuel Williams' responsibility to represent Ms. Chao

10   will be terminated.

11   IT IS SO ORDERED.

12

13   Dated:  October 11, 2024                    /s/ Daniel J. Calabretta

14                                               THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28