**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEING CHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SHASTA, ET AL.,<br><br>    Defendants. | Case No.:  2:21-cv-01819-DJC-DMC<br><br>**ORDER REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE** |

On October 4, 2024, Defendant was granted thirty (30) days to retain counsel and for retained counsel to file a notice of appearance in this action. (ECF No. 50.) On November 4, 2024, Attorney Samuel C. Williams served a copy of the Court's Order on Plaintiff. (ECF No. 51). To date, Plaintiff has failed to notify the Court that she has retained new counsel and has not requested an extension of time to do so. Further, new counsel has not filed a notice of appearance as required by this Court's Order and E.D. Cal. L.R. 182(a)(2). Accordingly, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings. <u>See</u> E.D. Cal. L.R. 302(c)(21).

///

Any pending deadlines and hearings set before the assigned District Judge are VACATED. All documents hereafter filed with the Clerk of the Court shall bear case number: 2:21-cv-01819-DJC-DMC (PS).

**IT IS SO ORDERED**.

Dated:  December 26, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE