1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SEING CHAO,                              No.  2:21-cv-01819-DJC-DMC

12                    Plaintiff,

13        v.                                ORDER

14  TYLER FINCH,

15                    Defendant.

16

17              Plaintiff, who is proceeding pro se, brings this civil action.  Plaintiff has filed a

18  notice of voluntary dismissal with prejudice.  See ECF No. 54. Good cause appearing therefor,

19  this action is dismissed with prejudice.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is

20  directed to close this file.

21              IT IS SO ORDERED.

22

23  Dated:  April 1, 2025

24                                          _____

                                            DENNIS M. COTA
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

                                            1